UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM DARNELL KIDD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:14-cv-02382-RDP-SGC |
| ) | |
| **WARDEN CHERYL PRICE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

The Magistrate Judge filed a Report and Recommendation on November 13, 2015, recommending that all claims against all defendants -- with the exception of Plaintiff's claim that Warden Cheryl Price violated his Fourteenth Amendment right to due process of law by allowing him to remain in disciplinary segregation for an indeterminate period -- be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim on which relief can be granted and/or 28 U.S.C. § 1915A(b)(2) because they seek monetary relief from a defendant who is immune from such relief (Doc. 12).  The Magistrate Judge advised Plaintiff of his right to file specific written objections within fourteen (14) days.  (*Id.*).  The court has received no objections from Plaintiff.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Magistrate Judge's Report is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  The court **ORDERS** that all claims against all defendants -- with the exception of Plaintiff's Fourteenth Amendment claim against Warden Price -- are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim on which relief can be granted and, alternatively, 28 U.S.C. § 1915A(b)(2) because Plaintiff seeks monetary relief from a defendant who is immune from such relief.   The court further **ORDERS**

that Plaintiff's Fourteenth Amendment claim against Warden Price is **REFERRED** to the Magistrate Judge for further proceedings.

      **DONE** and **ORDERED** this December 17, 2015.

                                                **R. DAVID PROCTOR**
                                                UNITED STATES DISTRICT JUDGE