# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM DARNELL KIDD,** | } |
| | } |
| **Plaintiff,** | } |
| | } |
| **v.** | } Case No.: 2:14-cv-02382-RDP-SGC |
| | } |
| **CHERYL PRICE,** | } |
| | } |
| **Defendant.** | } |

## MEMORANDUM OPINION

On October 18, 2016, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. (Doc. # 22). No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that Defendant should be granted summary judgment and that this action should be dismissed with prejudice.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this November 7, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE